**DISMISS and Opinion Filed May 5, 2021**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-86-01091-CV

## LONGHORN INDUSTRIES, INC. & B. J. SCHINDLER, Appellants
## V.
## ASSOCIATES COMMERCIAL COMPANY, Appellee

**On Appeal from the 192nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. 86-03794-K**

## MEMORANDUM OPINION

Before Chief Justice Burns, Justice Goldstein, and Justice Smith
Opinion by Chief Justice Burns

We reinstate this appeal. This case was abated in 1987 due to bankruptcy. *See*

TEX. R. APP. P. 8.2. The Court conducted an independent review of the federal Public

Access to Court Electronic Records (PACER) system; however, nothing shows that

a bankruptcy case associated with this appeal remains pending.

We notified the parties by letter, requesting they inform the Court of the status

of the bankruptcy and of this appeal. We cautioned that the failure to respond would

result in the appeal being dismissed for want of prosecution. *See id.* 42.3(b),(c). To

date, neither party has responded.

Because we gave the parties an opportunity to show why we should not dismiss the appeal for want of prosecution and no one responded, we dismiss this appeal. *See id.* 42.3(b),(c).

/Robert D. Burns, III/
ROBERT D. BURNS, III
CHIEF JUSTICE

861091F.P05



## Court of Appeals
## Fifth District of Texas at Dallas

**JUDGMENT**

LONGHORN INDUSTRIES, INC. & B. J. SCHINDLER, Appellants

No. 05-86-01091-CV    V.

ASSOCIATES COMMERCIAL COMPANY, Appellee

On Appeal from the 192nd Judicial District Court, Dallas County, Texas Trial Court Cause No. 86-03794-K. Opinion delivered by Chief Justice Burns. Justices Goldstein and Smith participating.

In accordance with this Court's opinion of this date, this appeal is **DISMISSED**.

Judgment entered May 5, 2021